UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LERONE LEWIS,<br><br>   Petitioner,<br><br>v.<br><br>JASON KENT, Warden of Dixon Correctional Institute,<br><br>   Respondent. | 3:20-cv-00484-JWD-EWD |

## UNOPPOSED MOTION TO AMEND HABEAS PETITION

Congress has provided that a habeas petition "may be amended . . . as provided in the rules of procedure applicable to civil actions." 28 U.S.C. § 2442. The applicable rule is Federal Rule of Civil Procedure 15(a)(2), which states that the district court "should freely give leave [to amend] when justice so requires."

Here, justice so requires (and Respondents do not oppose) the following amendments. Recently discovered records in the District Attorney's possession indicated there were (in the District Attorney's words) "multiple inaccuracies," both factual and legal, in the District Attorney's representations to the Fourth Circuit Court of Appeal. Some of these representations were erroneously adopted by the state court in affirming Mr. Lewis's conviction. Accordingly, the parties now jointly seek to clarify the record. The attached Amendment also includes the stipulated position of the parties as to important questions of state law. Respondent has reviewed this filing and the attached Amendment, and agrees that it represents a correct statement of the facts and law relevant to Mr. Lewis's cases.

2

Accordingly, Mr. Lewis asks the Court to accept his proposed Amendment and deem it incorporated into his originally filed habeas Petition.

Respectfully submitted,

/s/ *Thomas W. Frampton*
Thomas W. Frampton, La. Bar No. 35775
*Counsel for Petitioner Lerone Lewis*
Associate Professor
University of Virginia School of Law
580 Massie Road
Charlottesville, VA 22903
tel: 202.352.8341
*Affiliation for Identification Only*