| | |
|---|---|
| **From:** | John Nickel <jnickel@orleansda.com> |
| **Sent:** | Thursday, October 11, 2018 5:50 PM |
| **To:** | Melissa Lewis |
| **Subject:** | Latasha Fowler |
| **Attachments:** | DOC015.pdf |

Hey Melissa,

I could use a hand getting in touch with Latasha Fowler. I'm running short on time, and have 1000 things to do. I've pulled the TLO on her from the Lerone Lewis case, and it is attached. I'd like to get in touch with her to know whether or not we can go on the trial set next Wednesday.

Thanks,

John

F-000163-2021L OPDA000222