| | |
|---|---|
| **From:** | Melissa Lewis <mlewis@orleansda.com> |
| **Sent:** | Thursday, October 11, 2018 9:18 PM |
| **To:** | stgavin@orleansda.com |
| **Subject:** | Fwd: Latasha Fowler |

My mother is in the hospital I'm NC I have no info on this vic sbf   I'm trying to deal with the situation. Can you please help John?
Sent from my iPhone

Begin forwarded message:

> **From:** John Nickel <jnickel@orleansda.com>
> **Date:** October 11, 2018 at 5:50:22 PM CDT
> **To:** Melissa Lewis <mlewis@orleansda.com>
> **Subject: Latasha Fowler**
>
> Hey Melissa,
>
>
> I could use a hand getting in touch with Latasha Fowler.  I'm running short on time, and have 1000 things to do.  I've pulled the TLO on her from the Lerone Lewis case, and it is attached.  I'd like to get in touch with her to know whether or not we can go on the trial set next Wednesday.
>
>
> Thanks,
>
>
> John
>
> <DOC015.pdf>

F-000163-2021L OPDA000139