UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LERONE LEWIS,<br><br>   Petitioner,<br><br>v.<br><br>JASON KENT, Warden of Dixon Correctional Institute,<br><br>   Respondent. | 3:20-cv-00484-JWD-EWD |

## **ORDER**

Petitioner's Unopposed Motion to Amend Habeas Petition is GRANTED.

          Ordered this _____ day of _____, 2021.

          _____
          United States Magistrate Judge