UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**LERONE LEWIS**  CIVIL ACTION NO.

**VERSUS**  20-484-JWD-EWD

**JASON KENT, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 18, 2022 (Doc. 21), to which an objection was filed and considered, (Doc. 23);

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus,[1] filed by Lerone Lewis, is denied, dismissing this matter with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a certificate of appealability shall be **GRANTED**, if Petitioner seeks to pursue an appeal.

Signed in Baton Rouge, Louisiana, on January 12, 2023.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Doc. 1.